**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR., ) | |
| Plaintiff, ) | |
| v. ) | 2:16-cv-00037-RFB-NJK |
| NEVADA DEPARTMENT OF ) CORRECTIONS et al., ) | **ORDER** |
| Defendants. ) | |

**I.    DISCUSSION**

On December 2, 2016, the date of the scheduled Inmate Early Mediation Conference, the mediator, J. Michael McGroarty, Esq., did not appear for the mediation. (ECF No. 25). All other parties appeared. (*Id.*) The Attorney General's Office now files a motion to reschedule the mediation and a motion to extend the stay for settlement purposes. (ECF No. 26, 27). The Court grants the motion to reschedule the mediation. Additionally, the Court grants the motion to extend the stay. The stay is extended until 7 days after the conclusion of the rescheduled mediation. The Attorney General's Office shall file an updated status report on or before that date.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to reschedule the mediation (ECF No. 26) is granted. A separate order will issue regarding the rescheduled mediation.

IT IS FURTHER ORDERED that the motion to extend stay (ECF No. 27) is granted. The stay is extended until 7 days after the conclusion of the rescheduled mediation. The Attorney General's Office shall file an updated status report on or before that date.

IT IS FURTHER ORDERED that Plaintiff's motion to compel (ECF No. 18) is denied.

IT IS FURTHER ORDERED that Plaintiff's motion to extend time to file amended complaint (ECF No. 20) is denied as moot.

DATED: This 5th day of December, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

2