# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL JR., | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00037-RFB-NJK |
| vs. | ) ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) (Docket No. 36) |
| Defendant(s). | ) |

On April 12, 2017, Plaintiff filed requests for production. Docket No. 36. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Plaintiff is hereby **INSTRUCTED** to serve discovery on Defendants' counsel, rather than filing it on the docket.

IT IS SO ORDERED.

Dated: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge