UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD E. MITCHELL JR., | ) | |
| Plaintiff(s), | ) ) | Case No. 2:16-cv-00037-RFB-NJK |
| vs. | ) ) | ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | (Docket Nos. 45-47) |
| Defendant(s). | ) ) | |

The Court previously instructed Plaintiff to serve discovery on Defendants' attorney and to not file such discovery requests with the Court. *See* Docket No. 39. The Court repeats here that discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case.

As such, the Court **STRIKES** Docket Nos. 45, 46 and 47. <u>Plaintiff is **INSTRUCTED** to refrain from filing discovery requests with the Court</u>, and shall only serve such requests on Defendants' attorney. As it appears in this case that the discovery requests have been served on Defendants' counsel, *see, e.g.*, Docket No. 45 at 3 (proof of service), nothing herein should be construed as impacting the requirement or deadline for Defendants to respond to the discovery.

IT IS SO ORDERED.

Dated: June 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge