# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> NEVADA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00037-RFB-NJK <br><br> ORDER |

On July 5, 2017, the Court received a motion for judicial notice and a motion to respond or correspond with the Court. Docket Nos. 49, 50.[1] The Court orders that such filings be treated as a discovery motion, and that they be briefed based on the default schedule outlined in Local Rule 7-2.[2]

In addition, the Court hereby **CONSTRUES** these filings as a motion to extend the dispositive motion deadline. *See, e.g.*, Docket No. 49 at 3 ("plaintiff will not be prepared for summary judgment"). The motion to extend as so construed is **GRANTED**, and the deadline for dispositive motions is **EXTENDED** to September 25, 2017.

IT IS SO ORDERED.

DATED: July 10, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] It appears these motions were mailed on June 29, 2017. Docket No. 49 at 4.

[2] The Court expresses no opinion on the issues raised therein.