# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No. 2:16-cv-00037-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 49, 50, 53) |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motion for judicial notice and motion to respond or correspond with the Court. Docket Nos. 49, 50.[1] The Court construed these filings as discovery motions. Docket No. 51. Defendants filed a response. Docket No. 52. No reply has been filed. Also pending before the Court is Plaintiff's motion to compel. Docket No. 53. Defendant's filed a response. Docket No. 55. No reply has been filed. For the reasons discussed below, the motions are all **DENIED**.

Discovery motions may only be filed after the movant conducts a pre-filing conference in an attempt to resolve or narrow the issues in dispute. *See, e.g.*, Fed. R. Civ. P. 37(a)(1); Local Rule 26-7(c). The Court expressly advised Plaintiff of these requirements in the scheduling order in this case. Docket No. 35 at 2-3. The Court further explained that inmates bringing civil rights claims are not exempt from this requirement, except that they may rely on the exchange of letters rather than personal consultation. *See id.* at 3. The pending motions lack a certification that a good faith meet-and-confer was conducted.

---

[1] It appears these motions were mailed on June 29, 2017. Docket No. 49 at 4.

Moreover, Defendants affirmatively represent to the Court that such a pre-filing conference was never conducted by Plaintiff. Docket No. 52 at 6; Docket No. 55 at 6.

Accordingly, as a proper meet-and-confer has not been certified or conducted, Plaintiff's motions are hereby **DENIED**.

IT IS SO ORDERED.

DATED: August 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge