# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No. 2:16-cv-00037-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | (Docket No. 57, 59) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for judicial notice. Docket No. 57. Defendants filed a response in opposition, as well as a motion to strike. Docket No. 59. No reply was filed.

Plaintiff's motion seeks judicial notice of a settlement discussion with Defendants' counsel and of alleged retaliatory conduct within the prison thereafter. *See* Docket No. 57. These are not facts pertinent to any matter pending before this Court in this case, nor are the facts "not subject to reasonable dispute." *See, e.g.*, *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (quoting Fed. R. Evid. 201). Accordingly, the motion for judicial notice is **DENIED**.

Defendants' motion seeks to strike Plaintiff's motion. *See* Docket No. 59. The Court has authority to strike an improper filing under its inherent power to control its docket. *E.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). "Motions to strike under the inherent power . . . are wholly discretionary." *Jones v. Skolnik*, 2015 WL 685228, at *2 (D. Nev. Feb. 18, 2015). In deciding whether to exercise that discretion, courts consider whether striking the filing would "further the overall resolution of the action," and whether the filer has a history of excessive and repetitive filing

that have complicated proceedings. *Id.* "Courts have expressed reluctance at striking material without some showing of prejudice to the moving party." *Benson v. Nevada*, 2017 U.S. Dist. Lexis 52095, at *2 (D. Nev. Apr. 4, 2017) (citing *Roadhouse v. Las Vegas Metro. Police Dept.*, 290 F.R.D. 535, 543 (D. Nev. 2013)). Although Defendants contend that Plaintiff's motion for judicial notice includes facts that they find to be "outrageous and scandalous," Docket No. 59 at 5, they fail to explain how striking the document would advance the overall resolution of this action or how they are prejudiced by not striking the document. Accordingly, the motion to strike is **DENIED**.

IT IS SO ORDERED.

DATED: October 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge