1

2

3

4

5

6

7                                    **UNITED STATES DISTRICT COURT**

8                                          **DISTRICT OF NEVADA**

9

10    DONALD E. MITCHELL, JR.,                    )
                                                  )        Case No. 2:16-cv-00037-RFB-NJK
11                          Plaintiff(s),         )
                                                  )        ORDER
12    vs.                                         )
                                                  )        (Docket No. 60)
13    NEVADA DEPARTMENT OF                        )
      CORRECTIONS, et al.,                        )
14                                                )
                            Defendant(s).         )
15    _____     )

16            Pending before the Court is Plaintiff's motion for reconsideration of the order denying his

17    discovery motions. Docket No. 60. Defendants filed a response in opposition. Docket No. 64. No

18    reply was filed. Motions for reconsideration are disfavored. Local Rule 59-1(b). The Local Rules

19    provide the applicable standards in addressing whether the Court should reconsider an interlocutory

20    order, indicating that reconsideration may be appropriate if (1) there is newly discovered evidence that

21    was not available when the original motion or response was filed, (2) the Court committed clear error

22    or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law.

23    Local Rule 59-1(a).[1]

24    //

25    _____

26          [1] "The Federal Rules of Civil Procedure do not contain a provision governing the review of
      interlocutory orders." *Philips v. C.R. Bard, Inc.*, 290 F.R.D. 615, 665 (D. Nev. 2013). Defendants quote
27    Rule 60 of the Federal Rules of Civil Procedure, which establishes the standards for seeking relief from a
      final order or judgment. Docket No. 64 at 3. As Plaintiff seeks reconsideration of an interlocutory order,
28    the Court applies Local Rule 59-1(a).

1    Having failed to meet these standards, Plaintiff's motion for reconsideration is **DENIED**.

2    IT IS SO ORDERED.

3    DATED: October 20, 2017

4                                                    _____
                                                     NANCY J. KOPPE
5                                                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28