# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

DONALD E. MITCHELL, JR.,

Plaintiff,

v.

MIGUEL FLORES NAVA, et al.,

Defendants.

Case No. 2:16-cv-00037-RFB-NJK

**ORDER TO PRODUCE DONALD E. MITCHELL, JR., #94796**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DONALD E. MITCHELL, JR., #94796,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **DONALD E. MITCHELL, JR., #94796,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Tuesday, July 3, 2018, at the hour of 10:00 a.m**., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **DONALD E. MITCHELL, JR., #94796,** is

released and discharged by the said Court; and that the said **DONALD E. MITCHELL, JR., #94796,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 27th day of June, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**