ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Miguel Flores-Nava*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL JR, | Case No. 2:16-cv-00037–RFB–NJK |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| MIGUEL FLORES, *et al.*, | |
| Defendants. | |

Defendant Miguel Flores-Nava, by and through counsel, Adam Paul Laxalt, Attorney General for the State of Nevada, and Jared M. Frost, Senior Deputy Attorney General, hereby requests an additional thirty (30) days to file a Stipulation and Proposed Order of Dismissal. Defendant's Motion is made and based on Rule 6 of the Federal Rules of Civil Procedure, the following memorandum of points and authorities, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

On October 10, 2018, the parties participated in a settlement conference at which a settlement was reached to resolve this matter in its entirety. *See* ECF No. 92. At the conclusion of the conference, the Court ordered the parties to file a stipulation and proposed order for dismissal by November 7, 2018. *Id*.

On October 17, 2018, the undersigned mailed Plaintiff a proposed settlement agreement and a proposed Stipulation and Order for Dismissal with Prejudice for his review and signature. As of the date of this filing, the undersigned has not received a response. Therefore, additional time is needed to communicate with Plaintiff in an effort to determine the cause of the delay and to attempt to resolve any disagreements. For these reasons, Defendants submit there is good cause to extend the time file the stipulation and proposed order for an additional thirty (30) days, or until December 7, 2018.

DATED this 6th day of November, 2018.

                ADAM PAUL LAXALT
                Attorney General

                By:    /s/ Jared M. Frost
                          JARED M. FROST (Bar No. 11132)
                          Senior Deputy Attorney General

                *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**. The parties shall have until December 7, 2018, to file a stipulation and proposed order for dismissal.

DATED: November 7, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Page **2**