# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> NEVADA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendant(s). | Case No.: 2:16-cv-00037-RFB-NJK <br><br> **Order** <br><br> [Docket Nos. 95, 96] |

Pending before the Court is Plaintiff's filing seeking relief from the settlement reached by the parties. Docket No. 95. Also pending before the Court is Defendants' motion for "clarification" of the terms reached in the settlement conference. Docket No. 96. Disputes regarding settlements are generally resolved through the filing of a motion to enforce the settlement. *See, e.g.*, *Pavon v. UPS*, 2013 WL 3367567 (D. Nev. July 5, 2013). The parties' dispute here is more properly resolved through the filing of a motion to enforce settlement.

Accordingly, both pending motions are **DENIED** without prejudice. Within 14 days of the issuance of this order, Defendants shall file a motion to enforce settlement addressing the applicable standards. That motion will be briefed and decided in the ordinary course.

IT IS SO ORDERED.

Dated: November 16, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1