UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD E. MITCHELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTION, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-00037-RFB-NJK <br><br> **<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation [ECF No. 106] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered January 17, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 31, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1       **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 106) is ACCEPTED and ADOPTED in full.

      **IT IS FURTHER ORDERED** that Defendants' Motion to Enforce the Settlement is GRANTED [ECF No. 98] and that Plaintiff's Motion to Enforce the Settlement is DENIED [ECF No. 101].

      **IT IS FURTHER ORDERED** that the remaining motions in this matter, Motion to Extend Time [ECF No. 86] and Emergency Motion for Transfer [ECF No. 82] are DENIED.

      The Clerk of the Court is instructed to close this matter accordingly.

DATED: February 8, 2019.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**